DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Sprinkle<br><br>Case Below:<br>173 N.C. App. 449 | No. 570P05 | AG's Motion for Temporary Stay<br>(COA04-1291) | Allowed<br>10/11/05 |
| State v. Stamey<br><br>Case Below:<br>170 N.C. App. 699 | No. 364P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1031)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Suell<br><br>Case Below:<br>173 N.C. App. 236 | No. 541P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1183) | Denied<br>11/03/05 |
| State v. Tarantino<br><br>Case Below:<br>Cherokee County<br>Superior Court | No. 492P05 | Def-Appellant's Emergency PWC to the Superior Court of Cherokee County | Dismissed Without Prejudice to Re-File in the Court of Appeals, N.C.R.App.P. 21 (b)<br>09/06/05 |
| State v. Tarantino<br><br>Case Below:<br>Cherokee County<br>Superior Court | No. 492P05-2 | Def's Emergency PWC to Review Order of COA (COAP05-837) | Denied<br>09/09/05 |
| State v. Walker<br><br>Case Below:<br>167 N.C. App. 110 | No. 016P05-2 | AG's Motion for Temporary Stay | Allowed<br>08/26/05 |
| State v. Wallace<br><br>Case Below:<br>Mecklenburg County Superior Court | No. 241A97-2 | Def's PWC to Review the Order of the Mecklenburg County Superior Court | Denied<br>11/03/05 |